ALLACCESS LAW GROUP
Irene Karbelashvili, State Bar Number 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, State Bar Number 302971
irakli@allaccesslawgroup.com
1400 Coleman Ave Ste F28
Santa Clara, CA 95050
Telephone: (408) 295-0137
Fax: (408) 295-0142

Attorneys for AUSTIN GOODWIN, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| AUSTIN GOODWIN, | Case No. 21-cv-02684-AGT |
|---|---|
| Plaintiff, | **JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |
| vs. | |
| BEL MARIN LLC, | |
| Defendant | |

**JOINT STIPULATION**

Austin Goodwin ("Plaintiff") and Bel Marin LLC ("Defendant") hereby stipulate through their undersign counsel that this action shall be dismissed in its entirety with prejudice, with each side bearing their own attorney fees, costs, and litigation expenses. The parties further stipulate and respectfully request that the Court retain jurisdiction over the parties' settlement agreement up through February 14, 2022, pursuant to General Order No. 56.


Dated: December 8, 2021                    */s/ Irakli Karbelashvili*
                                           Irakli Karbelashvili, Attorney for Plaintiff

1

JOINT STIPULATION AND [PROPOSED] ORDER          Case No. 21-cv-02684-AGT

Dated: December 8, 2021                    */s/ Derek Myers*
                                           Derek Myers, Attorney for
                                           Defendant Bel Marin, LLC


**Filer's Attestation**

I, Irakli Karbelashvili, hereby attest that I received concurrence from the signatories in the filing of this document.

                                           */s/ Irakli Karbelashvili*
                                           Irakli Karbelashvili

# ORDER

Having reviewed the parties' joint stipulation, and good cause appearing, the action of Austin Goodwin vs. Bel Marin LLC (Case No. 21-cv-02684-AGT) is dismissed in its entirety with prejudice with each side bearing their own attorney fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement until February 14, 2022.

**IT IS SO ORDERED.**

Dated:  December 20, 2021

_____
United States Magistrate Judge